Adam R. Pechtel
WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Attorney for Plaintiffs

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| | |
|---|---|
| Reginald Blair, et al., <br><br> Plaintiffs; <br><br> v. <br><br> Soap Lake Natural Spa & Resort LLC, et al., <br><br> Defendants. | No. 2:19-CV-00083-SMJ <br><br> Joint Motions to Dismiss Claims with Prejudice and without Costs or Fees to either Party and to Drop Plaintiff Bean as a Party <br><br> June 22, 2022 <br> Without oral argument |

Plaintiff Bean and Defendants, hereafter collectively "the moving Parties," state as follows:

**A.    Recitals**

WHEREAS, Plaintiffs filed their most recent complaint on June 3, 2019, alleging certain claims against Defendants in this action;

Order of Dismissal - 1

WHEREAS, Defendants answered that complaint on February 24, 2019 and asserted particular counter-claims against Plaintiffs in this action;

WHEREAS, Plaintiff Bean and Defendant Soap Lake Natural Spa & Resort LLC and Defendant Xiao have resolved their differences and seek dismissal of Plaintiff Bean's claims against Defendants and dismissal of Defendants counter-claims against Plaintiff Bean;

WHEREAS, Plaintiff Blair, Plaintiff Sharp and Defendants have *not* resolved their differences and intend to proceed to trial on their remaining claims.

**NOW, THEREFORE,**

1. Plaintiff Bean moves this Court under Fed. R. Civ. P. 41(a)(1)(A)(ii)[1] to dismiss all of her remaining claims against Defendant Soap Lake Natural Spa & Resort LLC and Defendant Xiao with prejudice and with each party to bear their own costs and fees.

---

[1] Although Rule 41 only refers to dismissing an "action," the Ninth Circuit has made it clear that Rule 41 may also be used to dismiss some, but not all, claims and dismiss some, but not all, parties. *See e.g., Wilson v. City of San Jose*, 111 F.3d 688, 692 (1997) ("The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.")

Order of Dismissal - 2

1  Defendant Soap Lake Natural Spa & Resort LLC and Defendant Xiao
2  waive their right to object to or respond to this motion.

3       2.    Defendant Soap Lake Natural Spa & Resort LLC and
4  Defendant Xiao move this Court under Fed. R. Civ. P. 41(a)(1)(A)(ii)
5  and Fed. R. Civ. P. 41(c) to dismiss all of their remaining counter-
6  claims against Plaintiff Bean with prejudice and with each party to
7  bear their own costs and fees. Plaintiff Bean waives her right to
8  object to or respond to this motion.

9       3.    Plaintiff Bean and Defendants jointly move this Court to
10 drop Plaintiff Bean as a party to this action under Fed. R. Civ. P. 21
11 because there are no remaining claims for Plaintiff Bean to
12 prosecute or defend.

13

14 **IT IS SO STIPULATED AND MOVED** this 23rd day of May 2022.

15 *s/James E. Baker*                   *s/Adam R. Pechtel*
   James E. Baker                       Adam R. Pechtel
16 WSBA #9459                           WSBA #43743
   Attorney for Defendants              Attorney for Plaintiff
17 Moberg Rathbone Kearns,                 Bean
      P.S.                              Pechtel Law PLLC
18
   //
19
   //
20
   Order of Dismissal - 3

**B.    Order**

**IT IS ORDERED:**

1. Plaintiff Bean and Defendants' *Joint Motions to Dismiss Claims with Prejudice and without Costs or Fees to either Party and to Drop Plaintiff Bean as a Party*, ECF No. ___, is **GRANTED**.

2. All Plaintiff Bean's remaining claims against Defendants are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All Defendant Soap Lake Natural Spa & Resort LLC and Defendant Xiao's remaining counter-claims against Plaintiff Bean are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

4. Plaintiff Bean is **DROPPED** as a party to this action.

5. All hearings and other deadlines are **STRICKEN** only insofar as they pertain to Plaintiff Bean.

6. The Clerk's Office is directed to **DROP** Plaintiff Bean as a party to this action.

**IT IS SO ORDERED**.

The Clerk's Office is directed to enter this Order and provide copies to all counsel.

Order of Dismissal - 4

DATED this _____ day of _____ 2022.

_____
Hon. Salvador Mendoza, Jr.
United States District Judge

Order of Dismissal - 5

## SERVICE CERTIFICATE

I hereby certify that May 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

s/Adam R. Pechtel
Adam R. Pechtel
WSBA #43743
Attorney for Plaintiff
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
(509) 586-3091
adam@pechtellaw.com

Order of Dismissal - 1