FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGINALD BLAIR, CRYSTAL BEAN, and PETER SHARP,<br><br>Plaintiffs,<br><br>v.<br><br>SOAP LAKE NATURAL SPA & RESORT, LLC and SHERRY XIAO,<br><br>Defendants. | No.   2:19-cv-00083-SMJ<br><br>**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS AS TO PLAINTIFF BEAN** |

Before the Court is Plaintiff Bean and Defendants' Joint Motions to Dismiss Claims with Prejudice and Without Costs or Fees to Either Party and to Drop Plaintiff Bean as a Party, ECF No. 118. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The Joint Motions to Dismiss Claims with Prejudice and Without Costs or Fees to Either Party and to Drop Plaintiff Bean as a Party, **ECF No. 118**, is **GRANTED**.

2. All claims brought by Plaintiff Bean are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.  All counterclaims brought by Defendants against Plaintiff Bean are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

4.  As Plaintiff Bean is no longer a party to this action, the Clerk's Office is directed to **AMEND** the caption as follows:

REGINALD BLAIR and PETER SHARP,

Plaintiffs,

v.

SOAP LAKE NATURAL SPA & RESORT, LLC and SHERRY XIAO,

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of June 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge