Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Plaintiffs

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza Jr.

| | |
|---|---|
| Reginald Blair et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Soap Lake Natural Spa & Resort LLC et al.,<br><br>        Defendants. | No. 2:19-CV-00083-SMJ<br><br>Plaintiffs' Reply to Defendants' Response to Motion for Leave of Court to Amend Answer to Counterclaim by Adding an Anti-SLAPP Affirmative Defense |

  Come now Plaintiffs, through their counsel of record, and reply to Defendants' response to their motion to amend. ECF Nos. 139, 141.

  Defendants argue that "immunity from civil liability" under RCW 4.24.510 does not apply to counterclaims because they are protected by litigation privilege. ECF No. 141 at 2-4. Defendants cite to a California appellate case without any explaining why

Reply - 1

1  Washington's anti-SLAPP statute should be interpreted the same
2  way as California's anti-SLAPP statute. *Id.* at 3:16-4:3. Defendants
3  cite to *Deatherage v. Examining Bd. of Psych.*, 134 Wn.2d 131, 135,
4  948 P.2d 828 (1997) for the definition of "litigation privilege." *Id.* at
5  3:2-6. But that case involved the privilege being applied to an expert
6  witness and his testimony, not a party and her counterclaim. *Id.* The
7  rule that applies to parties in litigation is stated in the Restatement
8  (Second) of Torts:

> A party to a private litigation … is absolutely privileged <u>to publish defamatory matter</u> concerning another in communications … during the course and as a part of, a judicial proceeding in which he participates, if the matter has some relation to the proceeding.

*Id.* at *Parties to Judicial Proceedings*, § 587 (1977) (emphasis added). Defendants' civil conspiracy counterclaim is not a defamation claim so the litigation privilege does not apply. The critical distinction is that Defendants' counterclaims are not merely insulting, harmful or offensive statements made in the course of litigation. They are legal acts with independent legal significance – they state "claims" that can lead to "civil liability." If the Court grants the litigation privilege to Defendants, Washington's anti-SLAPP statute would cease to function. The Court should not grant Defendants litigation privilege.

Reply - 2

Defendants claim that Plaintiffs' late amendment would be prejudicial, but don't provide any explanation of how they are prejudiced by the late notice. ECF No. 5:11-6:12.

Defendants attempt to mislead the Court by stating:

> Plaintiffs concede that when Mr. Wen was *deposed* [on Nov. 21, 2019] he testified that Plaintiffs' Labor & Industries wage claims were part of "a conspiracy to sabotage the business [that] was well organized and plotted."

*Id.* at 6:15-19. They cite Plaintiffs Motion, ECF No. 138 at 1885. A review of Plaintiffs' motion shows that Plaintiffs' motion did not concede any such thing. ECF No. 138 at 4 (referencing an email from Mr. Wen and a declaration of Mr. Wen, *not* his deposition).

Defendants complain that Plaintiffs should have known this fact – yet Defendants *chose* to *not* place Plaintiffs on notice by purposefully excluding it from their pleadings. ECF No. 66. The Court should not reward Defendants for hiding the ball.

Plaintiffs respectfully ask the Court to grant the motion for leave to amend.

Dated: July 15, 2022                    Respectfully Submitted,

                                        s/Adam R. Pechtel

Reply - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Adam R. Pechtel/ WSBA #43743
Attorney for Plaintiffs
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Reply - 4

SERVICE CERTIFICATE

I certify that July 15, 2022, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Jerry Moberg, Attorney for Defendants

James Baker, Attorney for Defendants

                                              s/Adam R. Pechtel
                                              Adam R. Pechtel/ WSBA #43743
                                              Attorney for Plaintiffs
                                              Pechtel Law PLLC
                                              21 N Cascade St
                                              Kennewick, WA 99336
                                              Telephone: (509) 586-3091
                                              Email: adam@pechtellaw.com

Reply - 5