Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Plaintiffs

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| | |
|---|---|
| REGINALD BLAIR and PETER SHARP,<br><br>Plaintiff,<br><br>v.<br><br>SOAP LAKE NATURAL SPA & RESORT LLC, and SHERRY XIAO,<br><br>Defendant. | No. 2:19-CV-00083-SMJ<br><br>Plaintiffs' Amended Answer to Defendants' Counterclaims and Affirmative Defenses |

 Plaintiffs (hereinafter counterclaim defendants), through their attorney of record, answer Defendants' (hereinafter counterclaim plaintiffs) counterclaims as follows:

1. Counterclaim defendants admit that Soap Lake Natural Spa & Resort, LLC is doing business in Grant County, WA. Counterclaim

Answer to Counterclaims - 1

defendants deny Soap Lake Resort is a limited license corporation. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 1 of the counterclaim.

2.   On information and belief, counterclaim defendants admit the allegations in paragraph 2 of the counterclaim.

3.   Counterclaim defendant Blair admits that he began his residency in Grant County, WA on about March 1, 2018 and ended his residency in Grant County, WA on about March 17, 2019. On information and belief, counterclaim defendants Bean and Sharp admit the same. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 3 of the counterclaim.

4.   Counterclaim defendant Bean admits the allegations in paragraph 4 of the counterclaim. On information and belief, counterclaim defendants Blair and Sharp admit the same. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 4 of the counterclaim.

5.   Counterclaim defendant Sharp admits he began his residency in Grant County, WA in about March 2018 and has continued to reside there until the present date. On information and belief, counterclaim defendants Bean and Blair admit the same. Except as

Answer to Counterclaims - 2

expressly admitted, counterclaim defendants deny the allegations in paragraph 5 of the counterclaim.

6. Paragraph 6 of the counterclaim states a legal conclusion for which no response is required. To the extent a response is required, counterclaim defendants deny the allegations contained in paragraph 6 of the counterclaim.

7. Counterclaim defendants admit counterclaim defendants Bean and Sharp are residents of the state in which the Eastern District of Washington is located. Counterclaim defendants deny counterclaim defendant Blair is a resident of the state in which the Eastern District of Washington is located. Counterclaim defendants admit the alleged events and omissions giving rise to counterclaim plaintiffs' claims occurred, if at all, in the Eastern District of Washington and venue is proper in this district. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 7 of the counterclaim.

8. Counterclaim defendants admit counterclaim defendant Blair had authority to use counterclaim plaintiffs' company business card for business related purchases, including but not limited to gasoline for commuting and gasoline for running business errands. Except as

Answer to Counterclaims - 3

expressly admitted, counterclaim defendants deny the allegations in paragraph 8 of the counterclaim.

9.    Counterclaim defendants deny the allegations in paragraph 9 of the counterclaim.

10.    Counterclaim defendants deny the allegations in paragraph 10 of the counterclaim.

11.    Counterclaim defendants lack sufficient knowledge, information or belief to answer the allegations in paragraph 11 of the counterclaim and therefore deny the same.

12.    Counterclaim defendant Blair admits he travelled to the Seattle area with his mother during his employment with counterclaim plaintiffs, and that he used the company business card for expenses on that trip with the knowledge and consent of counterclaim plaintiffs. Counterclaim defendants Bean and Sharp lack sufficient knowledge, information or belief to answer the allegations in paragraph 12 of the counterclaim and therefore deny the same. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 12 of the counterclaim.

13.    Counterclaim defendant Blair admits he used counterclaim plaintiffs' company business card with the knowledge and consent of

Answer to Counterclaims - 4

counterclaim plaintiffs. Counterclaim defendants Bean and Sharp lack sufficient knowledge, information or belief to answer the allegations in paragraph 13 of the counterclaim and therefore deny the same. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 13 of the counterclaim.

14.   Counterclaim defendant Blair admits he purchased seafood from a seafood vendor. Counterclaim defendants Bean and Sharp lack sufficient knowledge, information or belief to answer the allegations in paragraph 14 of the counterclaim and therefore deny the same. Counterclaim defendant Blair lacks sufficient knowledge, information or belief to answer what counterclaim plaintiffs "discovered" and therefore denies the same. Counterclaim defendant Blair denies he took any of the seafood for personal use. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 14 of the counterclaim.

15.   Counterclaim defendants deny they removed any inventory from counterclaim plaintiffs' business. Counterclaim defendants lack sufficient knowledge, information or belief to answer the remaining allegations in paragraph 15 of the counterclaim and therefore deny the same.

Answer to Counterclaims - 5

16. Counterclaim defendants deny they removed the wine from counterclaim plaintiffs' business. Counterclaim defendants lack sufficient knowledge, information or belief to answer the remaining allegations in paragraph 16 of the counterclaim and therefore deny the same.

17. Counterclaim defendants admit counterclaim plaintiffs discharged them from employment on June 27, 2018. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 17 of the counterclaim.

18. Counterclaim defendants admit that Soap Lake Resort had a video surveillance system. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 18 of the counterclaim.

19. Counterclaim defendants deny the allegations in paragraph 19 of the counterclaim.

20. Counterclaim defendant Sharp admits that he took his table saw with him when he was discharged. Counterclaim defendant Sharp admits that he took his couch from counterclaim plaintiffs' workplace. Counterclaim defendant Sharp denies he took a compressor, color printer, master key, or graph [sic] design software

with him when he was discharged. Counterclaim defendants Bean and Blair lack sufficient knowledge, information or belief to answer the allegations in paragraph 20 of the counterclaim and therefore deny the same. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 20 of the counterclaim.

21. Counterclaim defendants admit that Soap Lake Resort employed counterclaim defendant Sharp's son, Keaton Sharp. Except as expressly admitted, counterclaim defendants deny the allegations in paragraph 21 of the counterclaim.

22. Paragraph 22 of the counterclaim re-alleges paragraphs 8-21 of the counterclaim. Counterclaim defendants incorporate their previous answers by reference. To the extent such incorporation is ineffective, counterclaim defendants deny the allegations in paragraph 22 of the counterclaim.

23. Counterclaim defendants deny the allegations in paragraph 23 of the counterclaim.

24. Paragraph 24 of the counterclaim re-alleges paragraphs 8-21 of the counterclaim. Counterclaim defendants incorporate their previous answers by reference. To the extent such incorporation is

Answer to Counterclaims - 7

ineffective, counterclaim defendants deny the allegations in paragraph 24 of the counterclaim.

25. Counterclaim defendants deny the allegations in paragraph 25 of the counterclaim.

26. Paragraph 26 of the counterclaim re-alleges paragraphs 8-21 of the counterclaim. Counterclaim defendants incorporate their previous answers by reference. To the extent such incorporation corporate is ineffective, counterclaim defendants deny the allegations in paragraph 26 of the counterclaim.

27. Counterclaim defendants deny the allegations in paragraph 27 of the counterclaim.

28. Paragraph 28 of the counterclaim re-alleges paragraphs 8-21 of the counterclaim. Counterclaim defendants incorporate their previous answers by reference. To the extent such incorporation is ineffective, counterclaim defendants deny the allegations in paragraph 28 of the counterclaim.

29. Counterclaim defendants deny the allegations in paragraph 29 of the counterclaim.

30. Paragraph 30 of the counterclaim re-alleges the paragraphs 8-21 of the Counterclaim. Counterclaim defendants incorporate their

previous answers by reference. To the extent such incorporation is ineffective, counterclaim defendants deny the allegations in paragraph 30 of the counterclaim.

31.  Counterclaim defendants deny the allegations in paragraph 31 of the counterclaim.

32.  Paragraph 32 of the counterclaim re-alleges paragraphs 8-21 of the counterclaim. Counterclaim defendants incorporate their previous answers by reference. To the extent such incorporation is ineffective, counterclaim defendants deny the allegations in paragraph 32 of the counterclaim.

33.  Counterclaim defendants deny counterclaim plaintiffs are entitled to any relief and therefore deny the allegations in paragraph 33 of the counterclaim.

**Affirmative Defenses**

1. Counterclaim plaintiffs' counterclaims fail to state a claim upon which relief can be granted.
2. As a result of counterclaim plaintiffs' actions, counterclaim plaintiffs waived any right to relief and/or are estopped from maintaining their claims against counterclaim defendants.

Answer to Counterclaims - 9

3. Counterclaim plaintiffs' counterclaims are barred in whole or in part due to payment.

4. Counterclaim plaintiffs' counterclaims are barred in whole or in part due to consent.

5. Counterclaim plaintiffs failed to mitigate their damages.

6. Counterclaim defendants are immune from civil liability under RCW 4.24.510 (the Anti-SLAPP statute) and entitled to costs, reasonable attorneys' fees, and statutory damages of $10,000 per plaintiff.

7. Counterclaim defendants reserve the right to assert additional affirmative defenses and defenses as may appear applicable during the course of litigation.

Dated: July 12, 2022                Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Plaintiffs
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Answer to Counterclaims - 10

SERVICE CERTIFICATE

I certify that July 12, 2022, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Jerry Moberg, Attorney for Defendants

James Baker, Attorney for Defendants

                              s/Adam R. Pechtel
                              Adam R. Pechtel/ WSBA #43743
                              Attorney for Plaintiffs
                              Pechtel Law PLLC
                              21 N Cascade St
                              Kennewick, WA 99336
                              Telephone: (509) 586-3091
                              Email: adam@pechtellaw.com

Answer to Counterclaims - 11