**HON. THOMAS O. RICE**

Jerry J. Moberg and James E. Baker
Moberg Rathbone Kearns, P.S.
238 W. Division Ave. – P.O. Box 130
Ephrata, WA 98823
Phone: (509) 754-2356
Attorneys for Defendants / Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGINALD BLAIR, and PETER SHARP,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>SOAP LAKE NATURAL SPA & RESORT LLC, and SHERRY XIAO,<br><br>Defendants / Counterclaim Plaintiffs. | No. 2:19-cv-00083 SMJ<br><br>**DEFENDANTS'/COUNTER CLAIM PLAINTIFFS' SUPPLEMENTAL EXHIBITS AND CERTIFICATE OF COUNSEL** |

COME NOW Defendants, by and through counsel, and submit these supplemental exhibits.

DATED this 9th day of March 2023.

        MOBERG RATHBONE KEARNS, P.S.

        *s/ Jerry J. Moberg and James E. Baker*
        JERRY J. MOBERG, WSBA No. 5282
        JAMES E. BAKER, WSBA No. 9459
        Attorneys for Defendants / Counterclaim Plaintiffs

DEFENDANTS' / COUNTERCLAIM PLAINTIFFS' SUPPLEMENTAL EXHIBITS
Page - 1 of 5

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

**CERTIFICATE OF COUNSEL AND DEFENDANTS' / COUNTERCLAIM PLAINTIFFS' SUPPLEMENTAL EXHIBITS**

Certificate of Counsel – Pursuant to Local Civil Rule 16(e), it is certified that counsel for Plaintiff has had an opportunity to examine the exhibits set forth below.

Defendants' Proposed No. 545 – Text messages dated 6/25/2018 between Dustin House and Kevin Wen.

Defendants' Proposed No. 546 – Email dated 6/27/2018 from Kevin Wen to Dustin House.

Defendants' Proposed No. 547 – Invoices from Sysco Spokane, Inc.

- 6/19/2018 for $625.25.
- 6/19/2018 for $533.87.
- 6/22/2018 for $18.37
- 6/22/2018 for $122.46.

Defendants' Proposed No. 548 – Invoices from Seafoods.com, Inc., Charlotte, N.C.

- 4/26/2018 for $334.60.
- 5/8/2018 for $776.95.
- 5/8/2018 for $172.71.
- 5/8/2018 for $444.44.
- 5/8/2018 for $925.93.

DEFENDANTS' / COUNTERCLAIM PLAINTIFFS'
SUPPLEMENTAL EXHIBITS
Page - 2 of 5


P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

- 5/8/2018 for $149.95.
- 5/9/2018 for $578.99.
- 5/9/2018 for $378.95.
- 5/21/2018 for $89.90.
- 5/30/2018 for $422.17.
- 5/31/2018 for $89.90.
- 5/31/2018 for $359.32.
- 5/31/2018 for $196.97.
- 5/31/2018 for $881.90.
- 6/7/2018 for $382.40.
- 6/7/2018 for $149.95.
- 6/7/2018 for $427.46.
- 6/19/2018 for $89.90.
- 6/19/2018 for $398.86.

Defendants' Proposed No. 549 – Invoice for wine and beer dated 6/1/2018 for $163.64 from Odom Corp., Seattle.

Defendants' Proposed No. 550 – Invoice for wine dated 6/15/2018 for $355.68 from Southern Glazer's of WA, Puyallup, WA.

Defendants' Proposed No. 551 – Invoice for wine dated 6/15/2018 for $486.72 from Jones of Washington, Quincy, WA.

DEFENDANTS' / COUNTERCLAIM PLAINTIFFS'
SUPPLEMENTAL EXHIBITS
Page - 3 of 5

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

Defendants' Proposed No. 552 – Summary from U.S. Bank for purchases from Sysco Food Services, Post Falls, ID.

Defendants' Proposed No. 553 – Sales by Category Report for Lakeside Bistro Soap Lake – Summary from 3/1/2018 to 6/26/2018.

Defendants' Proposed No. 554 – Restaurant Benchmarks publication.

###

DEFENDANTS' / COUNTERCLAIM PLAINTIFFS' SUPPLEMENTAL EXHIBITS
Page - 4 of 5

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

# CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and the Clerk will send notification to:

Adam R. Pechtel
adam@pechtellaw.com

DATED this 9th day of March 2023 at Ephrata, WA.

MOBERG RATHBONE KEARNS, P.S.

*s/ Cinthia Piedra*
CINTHIA PIEDRA, PARALEGAL

DEFENDANTS' / COUNTERCLAIM PLAINTIFFS' SUPPLEMENTAL EXHIBITS
Page - 5 of 5

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202