# COURT'S EXHIBIT AND WITNESS LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Reginal Blair, et al., <br><br> v. <br><br> Soap Lake Natural Resort & Spa, LLC., et al., | Case No. 2:19-CV-0083-TOR <br><br> Location:   Spokane 902 <br><br> Trial Date:   March 27-31, 2023 |
| Hon. Thomas O. Rice | Allison Anderson | Bridgette Fortenberry |
| **Presiding Judge** | **Court Reporter** | **Courtroom Deputy** |
| Adam Pechtel | James E. Baker / Jerry J. Moberg | |
| **Plaintiffs' Counsel** | **Defendants' Counsel** | |

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 1 | P | 3/27/23 | Feb. 15, 2018 Xiao Email to Blair re Nick Blair Basic Job Offer Terms | Reginald Blair |
| 2 | P | 3/27/23 | Feb. 15, 2018 Asia Wen Email to Blair re Offer & New Hire Packet | Reginald Blair |
| 3 | P | 3/27/23 | Feb. 15, 2018 Xiao Letter to Blair re offer of employment | Reginald Blair |
| 4 | P | 3/27/23 | Feb. 17, 2018 Blair Email to Xiao re rejecting employment | Reginald Blair |
| 5 | P | 3/27/23 | Feb. 20, 2018 Blair Email to Xiao re rental listings | Reginald Blair |
| 6 | P | 3/27/23 | Feb. 26, 2018 Xiao Email to Blair re real estate listing | Reginald Blair |

Court's Exhibit/Witness List - 1

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 7 | P | 3/27/23 | Feb. 28, 2018 Xiao Emails with Gravelle re real estate negotiation | Reginald Blair |
| 8 | P | 3/28/23 | Mar. 1, 2018 Xiao email to Sharp re hiring | Peter Sharp |
| 9 | P | 3/28/23 | Mar. 1, 2018 Xiao Letter to Sharp re offer of employment | Peter Sharp |
| 10 | P | | Wen Vrieling Text Messages | |
| 11 | P | 3/29/23 | Apr. 28, 2018 Email from Michaelidis with resume | Sherry Xiao |
| 12 | P | 3/28/23 | May 3, 2018 - Xiao email re Sharp promotion | Peter Sharp |
| 13 | P | | May 12, 2018 - Email from Wen re table saw payment | |
| 14 | P | 3/28/23 | May 30, 2018 - Xiao Text Message re replacing Michaelidis | Peter Sharp |
| 15 | P | 3/28/23 | Jun. 1, 2018 - Xiao Text Message to Sharp re appreciation | Peter Sharp |
| 16 | P | 3/27/23 | Jun. 15, 2018 - Text messages between Blair and Xiao | Reginald Blair |
| 17 | P | 3/27/23 | Jun. 17, 2018 - Xiao text message to Blair | Reginald Blair |
| 18 | P | 3/27/23 | Jun. 17, 2018 - Group Text Messages | Reginald Blair |
| 19 | P | | Jun. 20, 2018 - Bean's Labor and Indus. Worker Rights Complaint Form | |
| 20 | P | 3/27/23 | Jun. 20, 2018 - Blair's Labor and Indus. Worker Rights Complaint Form | Reginald Blair |
| 21 | P | 3/28/23 | Jun. 21, 2018 - Sharp's Labor and Indus. Worker Rights Complaint Form | Anna Sanchez |
| 22 | P | 3/30/23 | Jun. 23, 2018 - Wen text messages re locked doors. | Genwang "Kevin" Wen |
| 23 | P | 3/27/23 | Jun. 23, 2018 - Xiao text messages with Blair re meeting | Reginald Blair |
| 24 | P | 3/28/23 | Jun. 25, 2018 - Labor and Indus. Letter to Kevin Wen re wage complaints | Anna Sanchez |
| 25 | P | 3/28/23 | Jun. 26, 2018 - Xiao text to Sharp | Peter Sharp |
| 26 | P | 3/28/23 | Jun. 26, 2018 - Xiao text to Sharp | Peter Sharp |
| 27 | P | 3/27/23 | Jun. 26, 2018 18 AM - Text message from Wen putting Spiros in charge | Reginald Blair |
| 28 | P | 3/30/23 | Jun. 26, 2018 1321 PM - Wen Email re notice of management change | Genwang "Kevin" Wen |

Court's Exhibit/Witness List -  2

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 29 | P | | Jun. 27, 2018 0933 AM - Xiao text message to Bean | |
| 30 | P | | Jun. 27, 2018 - Wen Letter to Bean re Termination | |
| 31 | P | 3/27/23 | Jun. 27, 2018 - Wen Letter to Blair re Termination | Reginald Blair |
| 32 | P | 3/28/23 | Jun. 27, 2018 - Wen Letter to Sharp re Termination | Peter Sharp |
| 33 | P | | Jun. 27, 2018 - Michaelidis receipt for Blair's keys | |
| 34 | P | | Jun. 27, 2018 - Michaelidis receipt for Bean's keys | |
| 35 | P | | Jun. 29, 2018 - Central Washington Hospital Medical Records re Sharp visits | (Discussed w/ Peter Sharp; Def withdrew request for admission.) |
| 36 | P | | Jun. 29, 2018 - Sharp's Behavioral Health Intake Screener | |
| 37 | P | | Jul. 5, 2018 - Sharp's Behavioral Health Intake Screener | |
| 38 | P | 3/28/23 | Jul. 10, 2018 - Bolser Investigative Note re Jun. 25, 2018 1552 phone call to Wen | Anna Sanchez |
| 39 | P | 3/28/23 | Jul. 10, 2018 - Bolser Investigative Note re Jun., 25, 2018 1638 PM email to Wen | Anna Sanchez |
| 40 | P | | Bolser Investigative Note re Jun. 26, 2018 0446 am email from Wen | (Not admitted on 3/28 thru A. Sanchez) |
| 41 | P | 3/28/23 | Jul. 10, 2018 - Bolser Investigative Note re Jun., 26, 2018 1646 PM phone call from Xiao | Anna Sanchez |
| 42 | P | 3/28/23 | Jul. 10, 2018 - Bolser Investigative Note re Jun. 28, 2018 email from Wen | Anna Sanchez |
| 43 | P | | Jul. 20, 2018 - Sharp's Behavioral Health Intake Screener | |
| 44 | P | | Withdrawn. | |
| 45 | P | 3/28/23 | Nineteen Photographs of Construction at Soap Lake Resort | Peter Sharp |
| 46 | P | | Withdrawn. | |
| 47 | P | 3/27/23 | Blair's Pay Statements Mar. 2018 to Jun. 2018 | Reginald Blair |
| 48 | P | 3/28/23 | Sharp's Pay Statements Mar. 2018 to Jun. 2018 | Peter Sharp |
| 49 | P | | Sharp's Bank Statements – Feb. 2018 to Sep. 2018 | |
| 50 | P | | Time & attendance summary chart. | Offered on 3/30/23 but not admitted. |

Court's Exhibit/Witness List - 3

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 500 | D | | Exhibit Number Not Used. | |
| 501 | D | | Email dated Feb. 10, 2018 from Blair re "Chef." | |
| 502 | D | 3/27/23 | Email dated Feb. 15, 2018 from Sherry Xiao to Blair and email dated Feb. 15, 2018 from Blair to Sherry Xiao | |
| 503 | D | | Letter dated March 1, 2018 from Sherry Xiao to Sharp | |
| 504 | D | | Text messages dated March 11, 2018, March 12, 2018, March 29, 2018, April 2, 2018, June 27, 2018 and July 1, 2018 between Scott Vrieling, Sherry Xiao, Kevin Wen and Blair | |
| 505 | D | | Check to Blair dated March 17, 2018 for $1,200 re advance pay | |
| 506 | D | | Check to Sharp dated March 17, 2018 for $2,500 advance pay | |
| 507 | D | 3/29/23 | Email dated March 29, 2018 from Kevin Wen to Blair | Sherry Xiao |
| 508 | D | | Email dated March 30, 2018 from Sherry Xiao to Sharp | |
| 509 | D | | Pay stubs for Sharp from 3/12/2018 through 6/27/2018 | |
| 510 | D | | Pay stubs for Blair from 3/30/2018 through 6/27/2018 | |
| 511 | D | | Payment Detail Report dated April 3, 2018 re $250 credited to Sharp | |
| 512 | D | 3/29/23 | Email dated April 8, 2018 from Sherry Xiao to Sharp and email dated April 8, 2018 from Sharp to Sherry Xiao | Sherry Xiao |
| 513 | D | 3/28/23 | Advertising Agreement dated April 9, 2018 signed by Sharp as manager of Lakeside Bistro | Peter Sharp |
| 514 | D | | Check to Blair dated April 10, 2018 for $1,600 re gift | |
| 515 | D | | Payment Detail Report dated April 27, 2018 re $450 credited to Sharp | |
| 516 | D | 3/27/23 | Text messages dated May 23, 2018 and June 7, 2018 between Blair and Sherry Xiao | Reginald Blair |
| 517 | D | 3/29/23 | Email dated June 2, 2018 from Sherry Xiao to Sharp and email dated June 26, 2018 from Sherry Xiao to Kevin W | Sherry Xiao |
| 518 | D | 3/28/23 | Emails dated June 3, 2018 from Sherry Xiao to Sharp | Peter Sharp |

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 519 | D | | Email dated June 7, 2018 from Sharp to Sherry Xiao and email dated June 9, 2108 from Xiao to Sharp | |
| 520 | D | | Withdrawn. | |
| 521 | D | | Email dated June 16, 2018 from Sherry Xiao and Kevin Wen to Blair and email dated June 16, 2018 from Blair to Sherry Xiao and Kevin Wen | |
| 522 | D | | Text message dated June 8, 2018 to Blair | |
| 523 | D | | Text message (undated) at 8:09 a.m. between Blair and Sherry Xiao beginning: "My phone will be shut off tomorrow." | |
| 524 | D | | Text message (undated) at 8:10 a.m. between Blair and Sherry Xiao beginning: "No Sherry. I turned you down 3 times." | |
| 525 | D | | Text message (undated) at 8:10 a.m. from Blair to Sherry Xiao beginning: "No Sherry. I turned you down 3 times." [NOTE – Includes more writing than the previous text message.] | |
| 526 | D | | Text messages (undated) at 10:17 a.m. between Sherry Xiao and Blair beginning: "You need to work/push with Peter . . . ." | |
| 527 | D | | Text message (undated) at 11:10 a.m. from Sherry Xiao to Blair beginning: "Kevin has added a line before he realizes you had a hold on to your Verizon contract." | |
| 528 | D | | Text messages (undated) at 11:11 a.m. between Blair and Sherry Xiao beginning: "Yes the clutch is bad." | |
| 529 | D | | Text messages (undated) at 11:12 p.m. between Blair and Sherry Xiao beginning: "I'm running a 27.68 percent in food cost and 30 percent for all the labor in the restaurant." | |
| 530 | D | | Text messages (undated) beginning at 4:07 p.m. between Sherry Xiao, Blair and Sharp beginning: "What do we offer in the restaurant today?" | |
| 531 | D | | Soap Lake Resort bank statement from 3/17/2018 through 4/16/2018 | |
| 532 | D | 3/30/23 | Soap Lake Resort bank statement from 4/17/2018 through 5/17/2018 | Genwang "Kevin" Wen |

Court's Exhibit/Witness List - 5

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 533 | D | 3/30/23 | Soap Lake Resort bank statement from 5/18/2018 through 6/18/2018 | Genwang "Kevin" Wen |
| 534 | D | 3/30/23 | Listing of Blair's business card purchases from 4/9/2018 through 5/21/2018 with personal expenses in the amount of $3,757.31. | Genwang "Kevin" Wen |
| 535 | D | 3/30/23 | April 9, 2018 to May 2018 Transaction Report | Genwang "Kevin" Wen |
| 536 | D | | Text message dated June 23, 2018 between Sharp, Blair, Bean and Soap Lake Manager. Termination Notice to Blair dated June 27, 2018 | |
| 537 | D | | Termination Notice to Blair dated June 27, 2018 | |
| 538 | D | | Termination Notice to Bean dated June 27, 2018 | |
| 539 | D | | Termination Notice to Sharp dated June 27, 2018 | |
| 540 | D | | Investigative Finding / Closure Recommendation dated March 13 and March 22, 2019 | |
| 541 | D | | Withdrawn. | |
| 542 | D | | Food and wine receipts | |
| 543 | D | | Electrical system repair receipt | |
| 544 | D | | Withdrawn. | |
| 545 | D | | Text messages dated 6/25/2018 between Dustin House and Kevin Wen. | |
| 546 | D | | Email dated 6/27/2018 from Kevin Wen to Dustin House | |
| 547 | D | | Invoices from Sysco Spokane, Inc. | |
| 548 | D | | Invoices from Seafoods.com, Inc., Charlotte, N.C. | |
| 549 | D | | Invoice for wine and beer dated 6/1/2018 for $163.64 from Odom Corp., Seattle. | |
| 550 | D | | Invoice for wine dated 6/15/2018 for $355.68 from Southern Glazer's of WA, Puyallup, WA | |
| 551 | D | | Invoice for wine dated 6/15/2018 for $486.72 from Jones of Washington, Quincy, WA | |

Court's Exhibit/Witness List - 6

| Exh. No. | Party | Date Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|
| 552 | D | | Summary from U.S. Bank for purchases from Sysco Food Services, Post Falls, ID | |
| 553 | D | | Sales by Category Report for Lakeside Bistro Soap Lake – Summary from 3/1/2018 to 6/26/2018 | |
| 554 | D | | Restaurant Benchmarks publication | |
| 555 | D | 3/28/23 | August 31, 2018, L&I Letter | Reginald Blair |

Court's Exhibit/Witness List - 7