AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 03, 2023**

SEAN F. McAVOY, CLERK

REGINALD BLAIR and PETER SHARP,  )
  *Plaintiff*  )
  v.  )  Civil Action No.  2:19-CV-0083-TOR
  )
SOAP LAKE NATURAL SPA & RESORT, LLC  )
and SHERRY XIAO,  )
  *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Reginal Blair and Plaintiff Peter Sharp recover from the defendant *(name)* Soap Lake Naurual Spa & Resort, LLC the amount of $3,750 and $3,000, respectively dollars ($ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of 4.46 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☐ other:  Plaintiff Reginald Blair shall recover from Defendants Soap Lake Natural Spa & Resort, LLC and Sherry Xiao the amount of ten thousand dollars ($10,000).
Plaintiff Peter Sharp shall recover from Defendants Soap Lake Natural Spa & Resort, LLC and Sherry Xiao the amount of ten thousand dollars ($10,000).
See Jury Verdict (ECF No. 215) and Order Granting Statutory Damages (ECF No. 219) attached and incorporated herein.

This action was *(check one)*:

☑ tried by a jury with Judge  THOMAS O. RICE  presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☐ decided by Judge ____

Date:  April 3, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry